NICK S. PUJJI (SBN 259571)
nick.pujji@dentons.com
CAROL YUR (SBN 290145)
carol.yur@dentons.com
DENTONS US LLP
601 South Figueroa Street, Suite 2500
Los Angeles, California 90017-5704
Telephone: 213 623 9300
Facsimile: 213 623 9924

Attorneys for Defendant
YOLO TECHNOLOGIES, INC.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

THE ESTATE OF CARSON BRIDE, by and through his appointed administrator Kristin Bride, and TYLER CLEMENTI FOUNDATION, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SNAP, INC., YOLO TECHNOLOGIES, INC., LIGHTSPACE, INC., DOES #1-10,

Defendants.

Case No. 3:21-cv-03473-JD

**DEFENDANT YOLO TECHNOLOGIES, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Action Filed: 5/10/2021
Trial Date: None set

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant Yolo Technologies, Inc. ("Yolo"), certifies that Yolo has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Greg Henrion: Co-Founder of Defendant Yolo Technologies, Inc.
2. Clement Raffenoux: Co-Founder of Defendant Yolo Technologies, Inc.
3. Thrive Capital: Board Member of Defendant Yolo Technologies, Inc.

Dated: June 8, 2021

DENTONS US LLP

By: *_/s/ Nick S. Pujji_*
Nick S. Pujji
Carol Yur

Attorneys for Defendant
YOLO TECHNOLOGIES, INC.

DENTONS US LLP
601 SOUTH FIGUEROA STREET, SUITE 2500
LOS ANGELES, CALIFORNIA 90017-5704
213 623 9300

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this case. My business address is Suite 2500, 601 South Figueroa Street, Los Angeles, California 90017-5704.

A true and correct copy of the document, DEFENDANT YOLO TECHNOLOGIES, INC.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT; CERTIFICATION OF INTERESTED ENTITIES OR PERSONS, was served in the manner stated below.

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and Local Rules, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 8, 2021, I checked the CM/ECF docket for this case and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below.

| | |
|---|---|
| John K. Buche #239477<br>Buche & Associates PC<br>875 Prospect Street, Suite 305<br>La Jolla, CA 92037 | Counsel for Kristin Bride & Tyler Clementi Foundation<br>T: 858 459 9111 / F: 858 459 9120<br>E: jbuche@buchelaw.com |
| Eric Baum<br>Juyoun Han<br>Eisenberg & Baum, LLP<br>24 Union Square East, Penthouse<br>New York, NY 10003 | Counsel for Kristin Bride & Tyler Clementi Foundation<br>T: 212 353 8700 / F: 212 353 1708<br>E: ebaum/jhan@eandblaw.com |
| Paven Malhotra #258429<br>Matan Shacham #262348<br>Victor T. Chiu #305404<br>Maria F. Buxton #318563<br>Keker, Van Nest & Peters<br>633 Battery Street<br>San Francisco, CA 94111 | Counsel for Snap Inc.<br>T: 415 391 5400 / F: 415 397 7188<br>E: pmalhotra/mshacham/vchiu/mbuxton @keker.com |

**2. SERVED BY UNITED STATES MAIL&/OR DIRECT EMAIL:** On June 8, 2021, I or an attorney on the matter served the following persons and/or entities in this case at the last known addresses by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class postage prepaid, and addressed as follows, and/or to the email addresses indicated. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**3. SERVED BY PERSONAL DELIVERY, NEXT BUSINESS DAY, FACSIMILE TRANSMISSION OR EMAIL:** Pursuant to F.R.Civ.P. 5 and/or controlling Local Rules, on June 8, 2021, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal or next court day delivery to the judge will be completed no later than the time indicated, if any.

| | |
|---|---|
| District Judge James Donato<br>Philip Burton Federal Building & U.S. Courthouse<br>450 Golden Gate Avenue, Courtroom 11,19th Floor<br>San Francisco, CA 94102<br><br>*Pursuant to the General Order updated Dec. 15, 2020, all local rules requiring a courtesy copy to judge's chambers are suspended pending further notice, unless a judge orders otherwise.* | ☐ To the Judge's 16th Floor dropbox, double-sided with NEF behind<br>☐ By First Class Mail<br>☐ By Messenger on Next Court Day<br>☐ Proposed Orders in Word to JD_chambers@cacd.uscourts.gov |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 8, 2021 | Frederick Kalve | [signature] |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |