KEKER, VAN NEST & PETERS LLP
PAVEN MALHOTRA #258429
pmalhotra@keker.com
MATAN SHACHAM #262348
mshacham@keker.com
VICTOR CHIU #305404
vchiu@keker.com
MARIA F. BUXTON #318563
mbuxton@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant SNAP INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

The Estate of Carson Bride by and through his appointed administrator, KRISTIN BRIDE, and TYLER CLEMENTI FOUNDATION, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

SNAP INC., YOLO TECHNOLOGIES, INC., LIGHTSPACE, INC., DOES #1-10,

Defendants.

Case No. 2:21-cv-06680-JVS-MRW

**DECLARATION OF MATAN SHACHAM IN SUPPORT OF JOINT MOTION BY DEFENDANTS TO STAY DISCOVERY**

Judge: Hon. James V. Selna
Date: October 25, 2021
Time: 1:30 p.m.
Ctrm: 10C

Date Filed May 10, 2021

Trial Date: None set

I, Matan Shacham, declare as follows:

1. I am an attorney with the law firm of Keker, Van Nest & Peters LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Snap Inc. ("Snap"). I am licensed to practice law in the State of California.

2. I submit this declaration in support of Defendants' Joint Motion to Stay Discovery. I have personal knowledge of the facts set forth herein, and if called upon as a witness, I could testify to them competently under oath.

3. On September 20, 2021, pursuant to L.R. 7-3, I met and conferred with counsel for Plaintiffs regarding the concurrently filed Joint Motion to Stay and other matters. I informed Plaintiffs' counsel that Defendants intended to file this motion on September 27, 2021, in conjunction with the parties' joint case management statement due that day. I inquired as to whether Plaintiffs would agree to stay discovery, pending resolution of the motions to dismiss previously filed by Defendants Snap Inc., Yolo Technologies, Inc., and LightSpace, Inc. on September 8, 2021 and/or subsequent motions to dismiss. Dkts. 71, 72, 76-9. Counsel for Plaintiffs stated that they would not agree to such a stay.

4. On September 27, 2021, counsel for Plaintiffs proposed that they would stay discovery for some topics if they could obtain, prior to amending their complaint, discovery on other topics, including financial data, documents concerning complaints about anonymous messaging apps, collaborations and/or licensing agreements between the Defendants, and where certain data is maintained. Plaintiffs asserted that this discovery bears "upon the amendment of the pleadings and responding to the motions to dismiss." My firm informed counsel for Plaintiffs that we disagreed with this proposal and would proceed with filing the motion to stay discovery.

\\

\\

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 27, 2021 at San Francisco, California.

*/s/ Matan Shacham*
Matan Shacham