1  Juyoun Han (*pro hac vice*)
2  Eric Baum (*pro hac vice*)
   **EISENBERG & BAUM, LLP**
3  24 Union Square East, PH
4  New York, NY 10003
   Tel: (212) 353-8700
5  Fax: (212) 353-1708

6
7  Peter Romer-Friedman (*pro hac vice*)
   Robert Friedman (*pro hac vice*)
8  **GUPTA WESSLER PLLC**
   2001 K Street, NW, Suite 850
9  Washington, DC 20006
10 202.888.1741 (office)
11 718.938.6132 (cell)

12 John K. Buche (CA Bar No. 239477)
13 **BUCHE & ASSOCIATES, P.C.**
   2029 Century Park E., Suite 400N
14 Los Angeles, CA 90067
15 Tel: (310) 593-4193
   Fax: (858) 430-2426
16 jbuche@buchelaw.com
17 *Attorneys for Plaintiffs*

18
19

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 20  The Estate of Carson Bride by and through his appointed administrator, Kristin Bride, and Tyler Clementi Foundation, on behalf of themselves and all others similarly situated,<br>  *Plaintiffs*,<br>   v.<br>SNAP, INC., YOLO TECHNOLOGIES, INC., LIGHTSPACE, INC., DOES #1-10.<br>  *Defendants*. | **Civil Action No.:**<br>**2:21-cv-06680-JVS-MRW**<br><br>**ORDER EXTENDING DEADLINES FOR MOTION TO DISMISS AND MOTION TO STAY DISCOVERY**<br><br>Judge: Hon. James V. Selna<br>Trial Date: October 3, 2023 |

The stipulation by all above-named parties, the Motion to extend Deadlines for Motion to Dismiss and Motion to Stay Discovery is **GRANTED** as follows:

| Event | Current Dates | New Dates |
|---|---|---|
| Last day for Plaintiffs either to file an opposition to Defendants' Response(s) or to file an Amended Complaint: | November 12, 2021 | December 10, 2021 |
| Last day for Defendants to file Response(s) to the Amended Complaint | January 7, 2022 | February 4, 2022 |
| Last day for Plaintiffs to file opposition to Defendants' Motion to Stay Discovery | October 25, 2021 | December 6, 2021 |
| Last day for Defendants to file reply in support of Motion to Stay Discovery | November 22, 2021 | January 10, 2022 |
| Motion to Stay Discovery Hearing Date: | December 13, 2021 | **January 24, 2022 at 1:30 p.m.** |

**DATED: November 09, 2021**

_____
**HON. DISTRICT JUDGE JAMES V. SELNA**