Juyoun Han (*pro hac vice*)
Eric Baum (*pro hac vice*)
**EISENBERG & BAUM, LLP**
24 Union Square East, PH
New York, NY 10003
Tel: (212) 353-8700
Fax: (212) 353-1708

Peter Romer-Friedman (*pro hac vice*)
Robert Friedman (*pro hac vice*)
**GUPTA WESSLER PLLC**
2001 K Street, NW, Suite 850
Washington, DC 20006
202.888.1741 (office)
718.938.6132 (cell)

John K. Buche (CA Bar No. 239477)
**BUCHE & ASSOCIATES, P.C.**
2029 Century Park E., Suite 400N
Los Angeles, CA 90067
Tel: (310) 593-4193
Fax: (858) 430-2426
jbuche@buchelaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

The Estate of Carson Bride by and through his appointed administrator, Kristin Bride, and Tyler Clementi Foundation, on behalf of themselves and all others similarly situated,

*Plaintiffs*,

v.

SNAP, INC., YOLO TECHNOLOGIES, INC., LIGHTSPACE, INC., DOES #1-10.

*Defendants*.

**Civil Action No.:**
**2:21-cv-06680-FWS-MRW**

**[PROPOSED] ORDER EXTENDING DEADLINES FOR MOTION TO DISMISS AND MOTION TO STAY DISCOVERY**

Judge: Hon. Fred W. Slaughter
Trial Date: October 3, 2023

The stipulation by all above-named parties, the Motion to extend Deadlines for Motion to Dismiss and Motion to Stay Discovery is **GRANTED** as follows:

| Event | Current Due Date | New Due Date |
|---|---|---|
| Last day for Plaintiffs either to file an opposition to Defendants' Response(s) or to file an Amended Complaint: | May 11, 2022 | June 27, 2022 |
| Last day for Defendants to file Response(s) to the Amended Complaint | July 5, 2022 | August 22, 2022 |
| Last day for Plaintiffs to file opposition to Defendants' Motion to Stay Discovery | May 11, 2022 | June 27, 2022 |
| Last day for Defendants to file reply in support of Motion to Stay Discovery | June 13, 2022 | July 28, 2022 |
| Motion to Stay Discovery Hearing Date: | July 11, 2022 at 1:30 p.m. | August 25, 2022 at 10 a.m. |

**DENIED**

BY ORDER OF

UNITED STATES DISTRICT JUDGE

05/13/22

**DATED:** May 13, 2022

**HON. FRED W. SLAUGHTER**