Juyoun Han (*pro hac vice*)
Eric Baum (*pro hac vice*)
**EISENBERG & BAUM, LLP**
24 Union Square East, PH
New York, NY 10003
Tel: (212) 353-8700
Fax: (212) 353-1708

Peter Romer-Friedman (*pro hac vice*)
Robert Friedman (*pro hac vice*)
**GUPTA WESSLER PLLC**
2001 K Street, NW, Suite 850
Washington, DC 20006
202.888.1741 (office)
718.938.6132 (cell)

John K. Buche (CA Bar No. 239477)
**BUCHE & ASSOCIATES, P.C.**
2029 Century Park E., Suite 400N
Los Angeles, CA 90067
Tel: (310) 593-4193
Fax: (858) 430-2426
jbuche@buchelaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Estate of Carson Bride by and through his appointed administrator, Kristin Bride, and Tyler Clementi Foundation, on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　*Plaintiffs*,<br><br>　　v.<br><br>SNAP, INC., YOLO TECHNOLOGIES, INC., LIGHTSPACE, INC., DOES #1-10.<br><br>　　　　　　　　　*Defendants*. | **Civil Action No.:**<br>**2:21-cv-06680-FWS-MRW**<br><br>**PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Judge:　Hon. Fred W. Slaughter<br>Trial Date: October 3, 2023 |

IT IS HEREBY STIPULATED AND AGREED, by the undersigned parties, that this action is dismissed against Defendant Snap Inc. in its entirety, with prejudice, and without costs to either party, in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii); and

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be filed in counterparts, and that facsimile or photocopy signatures shall be deemed acceptable and treated as originals.

Dated: June 17, 2022           EISENBERG & BAUM, LLP

                               By:  /s/ Juyoun Han
                                    Juyoun Han
                                    Attorney for Plaintiffs

Dated: June 17, 2022           KEKER, VAN NEST & PETERS LLP

                               By:  /s/ *Paven Malhotra*
                                    Paven Malhotra
                                    Matan Shacham
                                    Victor Chiu
                                    Maria F. Buxton

                                    Attorneys for Defendant SNAP INC.

## FILER'S ATTESTATION

I, Juyoun Han, am the ECF user whose identification and password are being used to file this document. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above named signatory(ies) concur in this filing.

/s/ Juyoun Han

Juyoun Han