Juyoun Han (*pro hac vice*)
Eric Baum (*pro hac vice*)
**EISENBERG & BAUM, LLP**
24 Union Square East, PH
New York, NY 10003
Tel: (212) 353-8700
Fax: (212) 353-1708

Peter Romer-Friedman (*pro hac vice*)
Robert Friedman (*pro hac vice*)
**GUPTA WESSLER PLLC**
2001 K Street, NW, Suite 850
Washington, DC 20006
202.888.1741 (office)
718.938.6132 (cell)

John K. Buche (CA Bar No. 239477)
**BUCHE & ASSOCIATES, P.C.**
2029 Century Park E., Suite 400N
Los Angeles, CA 90067
Tel: (310) 593-4193
Fax: (858) 430-2426
jbuche@buchelaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| The Estate of Carson Bride by and through his appointed administrator, Kristin Bride, and Tyler Clementi Foundation, on behalf of themselves and all others similarly situated,<br>*Plaintiffs*,<br>v.<br>YOLO TECHNOLOGIES, INC., LIGHTSPACE, INC., DOES #1-10.<br>*Defendants*. | **Civil Action No.: 2:21-cv-06680-FWS-MRW**<br><br>**PLAINTIFFS' AND YOLO TECHNOLOGIES, INC.'S JOINT MOTION AND STIPULATION EXTENDING DEADLINES FOR MOTION TO DISMISS AND MOTION TO STAY DISCOVERY**<br><br>Judge: Hon. Fred W. Slaughter<br>Trial Date: October 3, 2023 |

Plaintiffs THE ESTATE OF CARSON BRIDE, by and through its appointed administrator Kristin Bride, and TYLER CLEMENTI FOUNDATION ("Plaintiffs") and Defendants YOLO TECHNOLOGIES, INC. ("Yolo"), by and through their respective attorneys of record, hereby stipulate as follows:

Plaintiffs and Defendants have been engaging in good faith settlement discussions and seek an additional extension from the Court for the Motion to Dismiss and Motion to Stay Discovery, to preserve the Court's and the Parties' resources, including attorneys' fees and costs.

WHEREAS, on August 19, 2021, the Parties filed a Stipulation Regarding Briefing Schedule [ECF No. 59] pursuant to which Plaintiffs were to file an opposition to Defendants' Motions to Dismiss [ECF Nos. 71, 72, 76] or to file an Amended Complaint by October 13, 2021,

WHEREAS, on September 27, 2021, Defendants filed a Motion to Stay Discovery pending Resolution of Dispositive Motions [ECF No. 79],

WHEREAS, on October 8, 2021, Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on October 13, 2021 [ECF No. 83],

WEHEREAS, on November 8, 2021, Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on November 9, 2021 [ECF No. 87],

WEHEREAS, on December 3, 2021, Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on December 3, 2021 [ECF No. 89],

WHEREAS, on January 4, 2022, Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on January 5, 2022 [ECF No. 92],

WHEREAS, on February 7, 2022 Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on February 8, 2022 [ECF No. 95],

WHEREAS, on March 10, 2022 Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on March 11, 2022 [ECF No. 97],

WHEREAS, on April 9, 2022 Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on April 18, 2022 [ECF No. 99],

WHEREAS, on May 17, 2022 this Court so ordered the parties' prior unopposed motion and stipulation to extend deadlines pending settlement discussions. [ECF No. 107],

WHEREAS, the individual Plaintiffs and Defendant Snap Inc. have finalized a settlement agreement and on June 17, 2022, and Plaintiff and Defendant Snap Inc. filed a joint stipulation to dismiss Defendant Snap Inc. ECF No. 111,

WHEREAS, Plaintiffs and the Yolo, one of the two remaining Defendants, have continued to engage in settlement discussions and have further agreed that, subject to mediator availability, they would pursue private mediation between July 25, 2022 and August 26, 2022,

WHEREAS, the Plaintiffs and Yolo agree not to propound any discovery pending resolution of Defendants' Motion to Stay Discovery Pending Resolution of Dispositive Motions,

WHEREAS, the Plaintiffs and Yolo have agreed to an extension to the Motion to Dismiss Briefing Schedules and related Deadlines and an adjournment of the hearing date on the Motion to Stay Discovery,

WHEREAS, On June 21, 2022, the Plaintiffs requested that Defendant Lighthouse, Inc. agree to an extension of the stay so that the parties could participate in a private mediation. On June 22, 2022, Defendant's Lighthouse's counsel stated in an email: "we believe we will be able to consent to an extension to the end of August but we're waiting for client confirmation." On the evening of June 23, 2022, the same counsel stated that Lighthouse is "unable to consent to this extension" without providing any further explanation as to why Lighthouse opposes the extension.

WHEREAS, the Plaintiffs and Yolo believe that it is in the interests of justice to stay the Motion to Dismiss Briefing Schedule while the Plaintiffs and Yolo complete their

settlement discussions, and that requiring the parties to complete the briefing schedule will make it less likely that the Plaintiffs and Yolo will reach a resolution, will waste private resources, and waste judicial resources.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL, TO THE FOLLOWING:**

Subject to Court approval, the proposed briefing schedule for the Motions to Dismiss and response(s) to the Complaint, as well as Motion to Stay Discovery and responses, should be modified and is agreed to as follows:

| Event | Current Due Dates | Proposed New Due Dates |
|---|---|---|
| Last day for Plaintiffs either to file an opposition to Defendants' Response(s) or to file an Amended Complaint: | June 27, 2022 | August 26, 2022 |
| Last day for Defendants to file Response(s) to the Amended Complaint | August 22, 2022 | October 26, 2022 |
| Last day for Plaintiffs to file opposition to Defendants' Motion to Stay Discovery | June 27, 2022 | August 26, 2022 |
| Last day for Defendants to file reply in support of Motion to Stay Discovery | July 28, 2022 | September 26, 2022 |
| Motion to Stay Discovery Hearing Date: | September 29, 2022 at 10 a.m. | October 20, 2022 at 10 a.m. |

This is the Parties' Tenth request to modify the deadline since this case was transferred to the Central District.

Dated: June 23, 2022 GUPTA WESSLER PLLC

By: /s/ Peter Romer-Friedman
Peter Romer-Friedman
Attorney for Plaintiffs

Dated: June 23, 2022 DENTONS US LLP

By: /s/ Nick S. Pujji
Nick S. Pujji

Attorney for Defendant YOLO TECHNOLOGIES INC.

## **FILER'S ATTESTATION**

I, Peter Romer-Friedman, am the ECF user whose identification and password are being used to file this document. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above named signatory(ies) concur in this filing.

*/s/ Peter Romer-Friedman*
Peter Romer-Friedman