**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

The Estate of Carson Bride by and though his appointed administrator, Kristin Bride, and Tyler Clementi Foundation, on behalf of themselves and all others similarly situated,

Plaintiff,

v.

YOLO TECHNOLOGIES, INC., LIGHTSPACE, INC., DOES #1-10.

Defendants.

**[PROPOSED] ORDER GRANTING DEFENDANT LIGHTSPACE, INC.'S MOTION TO DISMISS**

Civil No.: 2:21-cv-06680-JVS-MRW

Judge: Hon. Fred W. Slaughter

# [PROPOSED] ORDER

This matter is before the Court on the motion of Defendant Lightspace, Inc. to dismiss all of Plaintiffs' claims against Lightspace, Inc. pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Upon considering the Motion, the papers and record on file in this action, the argument of counsel, and all matters of which the Court may properly consider, the Court hereby **GRANTS** Lightspace, Inc.'s motion and **DISMISSES** all of Plaintiffs' claims against Lightspace, Inc. with prejudice.

**IT IS SO ORDERED.**

Dated:

_______________________________
THE HONORABLE FRED W. SLAUGHTER
U.S. DISTRICT COURT JUDGE