Juyoun Han (*pro hac vice*)
Eric Baum (*pro hac vice*)
**EISENBERG & BAUM, LLP**
24 Union Square East, PH
New York, NY 10003
Tel: (212) 353-8700
Fax: (212) 353-1708

Peter Romer-Friedman (*pro hac vice*)
Robert Friedman (*pro hac vice*)
**GUPTA WESSLER PLLC**
2001 K Street, NW, Suite 850
Washington, DC 20006
202.888.1741 (office)
718.938.6132 (cell)

John K. Buche (CA Bar No. 239477)
**BUCHE & ASSOCIATES, P.C.**
2029 Century Park E., Suite 400N
Los Angeles, CA 90067
Tel: (310) 593-4193
Fax: (858) 430-2426
jbuche@buchelaw.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

The Estate of Carson Bride by and through his appointed administrator, Kristin Bride, and Tyler Clementi Foundation, on behalf of themselves and all others similarly situated,

*Plaintiffs*,

v.

YOLO TECHNOLOGIES, INC., LIGHTSPACE, INC., DOES #1-10.

*Defendants*.

**Civil Action No.: 2:21-cv-06680-FWS-MRW**

**PLAINTIFFS' AND YOLO TECHNOLOGIES, INC.'S JOINT MOTION AND STIPULATION TO EXTEND DEADLINES FOR MOTION TO DISMISS BRIEFING SCHEDULE**

Judge: Hon. Fred W. Slaughter
Trial Date: October 3, 2023

Plaintiffs THE ESTATE OF CARSON BRIDE, by and through its appointed administrator Kristin Bride, and TYLER CLEMENTI FOUNDATION ("Plaintiffs") and Defendants YOLO TECHNOLOGIES, INC. ("Yolo"), by and through their respective attorneys of record, hereby move this court to extend the deadlines for the Motion to Dismiss Briefing Schedule for good cause shown. Plaintiffs have sought the consent of the remaining Defendant Lightspace Inc. ("Lightspace") but have not received a substantive response to date.

Plaintiffs and Defendant Yolo have been engaging in good faith settlement discussions and seek an additional extension from the Court for the Motion to Dismiss Briefing Schedule while continuing to seek settlement, to preserve the Court's and the Parties' resources.

WHEREAS, August 19, 2021, the Parties filed a Stipulation Regarding Briefing Schedule [ECF No. 59] pursuant to which Plaintiffs were to file an opposition to Defendants' Motions to Dismiss [ECF Nos. 71, 72, 76] or to file an Amended Complaint by October 13, 2021,

WHEREAS, on September 27, 2021, Defendants filed a Motion to Stay Discovery pending Resolution of Dispositive Motions [ECF No. 79],

WHEREAS, on October 8, 2021, Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on October 13, 2021 [ECF No. 83],

WEHEREAS, on November 8, 2021, Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on November 9, 2021 [ECF No. 87],

WEHEREAS, on December 3, 2021, Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on December 3, 2021 [ECF No. 89],

WHEREAS, on January 4, 2022, Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on January 5, 2022 [ECF No. 92],

WHEREAS, on February 7, 2022 Parties filed a stipulation to extend deadlines

pending settlement discussions, which was so ordered on February 8, 2022 [ECF No. 95],

WHEREAS, on March 10, 2022 Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on March 11, 2022 [ECF No. 97],

WHEREAS, on April 9, 2022 Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on April 18, 2022 [ECF No. 99],

WHEREAS, on May 17, 2022 this Court so ordered the parties' prior unopposed motion and stipulation to extend deadlines pending settlement discussions. [ECF No. 107],

WHEREAS, the individual Plaintiffs and Defendant Snap Inc. have finalized a settlement agreement and on June 17, 2022, and Plaintiff and Defendant Snap Inc. filed a joint stipulation to dismiss Defendant Snap Inc. ECF No. 111,

WHEREAS, on June 27, 2022, Plaintiffs filed the First Amended Complaint [ECF No. 113],

WHEREAS, there are two remaining Defendants in this action: Yolo and Lightspace, Inc.,

WHEREAS, on August 17, 2022, Plaintiffs and Yolo (Defendant Lightspace, Inc. is not a party to this stipulation) have agreed to this first extension of Yolo's response deadline to the First Amended Complaint up and until October 6, 2022 so that they can further discuss settlement [ECF No. 116] which was granted by the Court [ECF No.117],

WHEREAS, on August 22, 2022, Defendant Lightspace Inc. filed a Motion to Dismiss [ECF No. 118],

WHEREAS, the Plaintiffs and Yolo have actively engaged in exchanging settlement demands and related information, agreed not to propound discovery upon one another pending the Motion to Dismiss and have agreed to an extension to the Motion to Dismiss Briefing Schedules as set forth below and asked Lightspace for agreement; but to date, Lightspace has not provided a response as to whether it agrees,

THEREFORE, Plaintiffs and Defendant Yolo request that the Court consider and

grant this motion to extend deadlines for the Motion to Dismiss briefing schedule.

First, good cause exists to extend deadlines for the Motion to Dismiss Briefing Schedule while the Plaintiffs and Yolo complete their settlement discussions. The extension will conserve judicial resources and resources of the parties. In the event that Plaintiffs and Yolo are unable to reach a resolution by October 6, 2022 and Yolo submits a motion to dismiss, Plaintiffs will seek to file a consolidated response given that the issues are substantially overlapping. Such approach would also conserve judicial economy as the court would not need to hold duplicative Motion to Dismiss hearings and it would and streamline the motion briefings.

Second, Defendant Lightspace would not suffer prejudice by the proposed extension to the Motion to Dismiss Briefing Schedule. As stated in previous extensions, all parties had been engaging in prospective settlement discussions and have stipulated to extensions to deadlines and agreed not to propound discovery upon one another. Also, Lightspace has not substantively responded to date one way or another that it has reasons to oppose the extension.

For the reasons stated above, Plaintiffs and Yolo request that the Court consider and grant this motion to extend deadlines for the Motion to Dismiss briefing schedule proposed below:

| Event | Current Due Dates | Proposed New Due Dates |
|---|---|---|
| Last day for Defendant Yolo, to file Response/Motion to Dismiss to the First Amended Complaint | October 6, 2022 | October 6, 2022 (granted ECF No. 117) |
| Last day for Plaintiffs to file an opposition to both Defendants' Motion to Dismiss | September 8, 2022 | November 5, 2022 |
| Last day for Defendants to | September 15, 2022 | December 3, 2022 |

| file a reply to Plaintiffs' opposition to the Motion to Dismiss | | |
|---|---|---|

Plaintiffs and Yolo propose the following schedule for Defendant Lightspace to file any opposition and a hearing date upon this motion:

| Last day for Defendant Lightspace Inc. to file an opposition to this Extension deadlines regarding the Motion to Dismiss Briefing schedule | August 31, 2022 |
|---|---|
| Hearing date regarding the Motion to Extend deadlines regarding the Motion to Dismiss Briefing Schedule | September 1, 2022 (Thursday, 10 a.m.) |

Dated: August 29, 2022

EISENBERG & BAUM, LLP

By: /s/ Juyoun Han
Juyoun Han
Attorney for Plaintiffs

Dated: August 29, 2022

DENTONS US LLP

By: /s/
Nick S. Pujji

Attorney for Defendant YOLO TECHNOLOGIES INC.

**FILER'S ATTESTATION**

I, Juyoun Han, am the ECF user whose identification and password are being used to file this document. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above named signatory(ies) concur in this filing.

/s/ Juyoun Han
Juyoun Han