| | |
|---|---|
| 1 | Juyoun Han (*pro hac vice*) |
| 2 | Eric Baum (*pro hac vice*) |
|   | **EISENBERG & BAUM, LLP** |
| 3 | 24 Union Square East, PH |
| 4 | New York, NY 10003 |
|   | Tel: (212) 353-8700 |
| 5 | Fax: (212) 353-1708 |
| 6 | |
| 7 | Peter Romer-Friedman (*pro hac vice*) |
|   | Robert Friedman (*pro hac vice*) |
| 8 | **GUPTA WESSLER PLLC** |
| 9 | 2001 K Street, NW, Suite 850 |
|   | Washington, DC 20006 |
| 10 | 202.888.1741 (office) |
| 11 | 718.938.6132 (cell) |
| 12 | |
|   | John K. Buche (CA Bar No. 239477) |
| 13 | **BUCHE & ASSOCIATES, P.C.** |
| 14 | 2029 Century Park E., Suite 400N |
|   | Los Angeles, CA 90067 |
| 15 | Tel: (310) 593-4193 |
| 16 | Fax: (858) 430-2426 |
|   | jbuche@buchelaw.com |
| 17 | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| The Estate of Carson Bride by and through his appointed administrator, Kristin Bride, and Tyler Clementi Foundation, on behalf of themselves and all others similarly situated,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>YOLO TECHNOLOGIES, INC., LIGHTSPACE, INC., DOES #1-10.<br><br>    *Defendants*. | **Civil Action No.:**<br>**2:21-cv-06680-FWS-MRW**<br><br>**NOTICE OF WITHDRAWAL OF DOCUMENT AND REFILING**<br><br>Judge:  Hon. Fred W. Slaughter<br>Trial Date: October 3, 2023 |

Plaintiffs hereby file a notice of withdrawal of the Stipulation to extend time for Motion to Dismiss Briefings (ECF No. 119) which was filed on August 29, 2022. Per communications between attorneys clarifying Plaintiffs' and Defendant Lightspace's position, it was clarified that the stipulation should be filed as a motion. Hence, Plaintiffs seek to withdraw the Stipulation and re-file as a motion for extension of time to file Motion to Dismiss briefings.

We thank the court's attention to this matter and apologize for any inconvenience caused.

Dated: August 30, 2022         EISENBERG & BAUM, LLP


                               By:  /s/ Juyoun Han
                                    Juyoun Han
                                    Attorney for Plaintiffs

1