**NOTE: CHANGES MADE BY COURT**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Estate of Carson Bride by and through his appointed administrator, Kristin Bride, and Tyler Clementi Foundation, on behalf of themselves and all others similarly situated,<br><br>       *Plaintiffs*,<br><br>  v.<br><br>YOLO TECHNOLOGIES, INC., LIGHTSPACE, INC., DOES #1-10,<br><br>       *Defendants*. | Case No. 21-cv-06680-FWS-MRW<br><br>**ORDER GRANTING JOINT STIPULATION TO EXTEND DEADLINES FOR MOTION TO DISMISS OPPOSITION AND REPLY, AND TO CONTINUE HEARING ON MOTION TO DISMISS [121]** |

  Having reviewed and considered the Parties' Joint Stipulation to Extend Deadlines for Motion to Dismiss Opposition and Reply, and to Continue the Hearing on the Motion to Dismiss [121], and good cause appearing, the court **ORDERS** the following dates related to the Motion to Dismiss [118] **CONTINUED** as stated below:

///

///

///

| Event | Current Date | New Continued Date |
|---|---|---|
| Last day for Plaintiffs to file an Opposition to Defendant Lightspace Inc.'s Motion to Dismiss [118] (the "Opposition") | September 8, 2022 | September 22, 2022 |
| Last day for Defendant Lightspace, Inc. to file a Reply to the Opposition | September 15, 2022 | September 29, 2022 |
| Hearing Date for Motion to Dismiss [118] | September 29, 2022, at 10:00 a.m. | **October 13, 2022, at 10:00 a.m.** |

**IT IS SO ORDERED**.

Dated:  September 1, 2022

_____

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE