Juyoun Han (*pro hac vice*)
Eric Baum (*pro hac vice*)
**EISENBERG & BAUM, LLP**
24 Union Square East, PH
New York, NY 10003
Tel: (212) 353-8700
Fax: (212) 353-1708

Peter Romer-Friedman (*pro hac vice*)
Robert Friedman (*pro hac vice*)
**GUPTA WESSLER PLLC**
2001 K Street, NW, Suite 850
Washington, DC 20006
202.888.1741 (office)
718.938.6132 (cell)

John K. Buche (CA Bar No. 239477)
**BUCHE & ASSOCIATES, P.C.**
2029 Century Park E., Suite 400N
Los Angeles, CA 90067
Tel: (310) 593-4193
Fax: (858) 430-2426
jbuche@buchelaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Estate of Carson Bride by and through his appointed administrator, Kristin Bride, A.K., A.C., A.O., and Tyler Clementi Foundation, on behalf of themselves and all others similarly situated,<br>    *Plaintiffs*,<br> v.<br>YOLO TECHNOLOGIES, INC., LIGHTSPACE, INC., DOES #1-10.<br>    *Defendants*. | **Civil Action No.: 2:21-cv-06680-FWS-MRW**<br><br>**JOINT STIPULATION TO EXTEND DEADLINES FOR CONSOLIDATED MOTION TO DISMISS BRIEFING SCHEDULE**<br><br>Judge: Hon. Fred W. Slaughter<br>Trial Date: October 3, 2023 |

Plaintiffs THE ESTATE OF CARSON BRIDE, by and through its appointed administrator Kristin Bride, A.K., A.C., A.O., and TYLER CLEMENTI FOUNDATION ("Plaintiffs") and Defendants YOLO TECHNOLOGIES, INC. ("Yolo"), and LIGHTSPACE INC. ("Lightspace") by and through their respective attorneys of record, hereby seek this Court's approval of this stipulation to set a consolidated briefing schedule for Defendant Lightspace Inc.'s motion to dismiss, and YOLO TECHNOLOGIES, INC.'s response to the Amended Complaint (if filed, due on October 6, 2022).

WHEREAS,

- On August 19, 2021, the Parties filed a Stipulation Regarding Briefing Schedule [ECF No. 59] pursuant to which Plaintiffs were to file an opposition to Defendants' Motions to Dismiss [ECF Nos. 71, 72, 76] or to file an Amended Complaint by October 13, 2021.
- On September 27, 2021, Defendants filed a Motion to Stay Discovery pending Resolution of Dispositive Motions [ECF No. 79],
- On October 8, 2021, Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on October 13, 2021 [ECF No. 83].
- On November 8, 2021, Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on November 9, 2021 [ECF No. 87].
- On December 3, 2021, Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on December 3, 2021 [ECF No. 89].
- On January 4, 2022, Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on January 5, 2022 [ECF No. 92].

1

- On February 7, 2022 Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on February 8, 2022 [ECF No. 95].
- On March 10, 2022 Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on March 11, 2022 [ECF No. 97].
- On April 9, 2022 Parties filed a stipulation to extend deadlines pending settlement discussions, which was so ordered on April 18, 2022 [ECF No. 99].
- On May 17, 2022 this Court so ordered the parties' prior unopposed motion and stipulation to extend deadlines pending settlement discussions [ECF No. 107].
- Individual Plaintiffs and Defendant Snap Inc. have finalized a settlement agreement and on June 17, 2022, and Plaintiff and Defendant Snap Inc. filed a joint stipulation to dismiss Defendant Snap Inc. [ECF No. 111].
- On June 27, 2022, Plaintiffs filed the First Amended Complaint [ECF No. 113].
- Currently, there are two remaining Defendants in this action: Yolo and Lightspace, Inc. On August 17, 2022, Plaintiffs and Yolo (Defendant Lightspace, Inc. is not a party to this stipulation) have agreed to this first extension of Yolo's response deadline to the First Amended Complaint up and until October 6, 2022 so that they can further discuss settlement [ECF No. 116] which was granted by the Court [ECF No.117].
- On August 22, 2022, Defendant Lightspace Inc. filed a Motion to Dismiss [ECF No. 118].
- On September 1, 2022, this Court so ordered the stipulation to extend deadlines for a motion to dismiss opposition agreed upon by Plaintiffs and

Defendant Lightspace [ECF No 122].

Parties seek this extension for the purpose of consolidating the motion to dismiss briefing schedule. Plaintiffs and Defendant Yolo have actively engaged in exchanging settlement demands and related information, and agreed not to propound discovery upon one another pending the Motion to Dismiss. In the event that Plaintiffs and Yolo are unable to reach a resolution by October 6, 2022 and Yolo submits a motion to dismiss, Plaintiffs will seek to file a consolidated response to both Defendants' motions to dismiss.

**Defendant Lightspace Inc.'s Position**: Plaintiffs filed their Complaint in May 2021. [ECF No.1]. Thereafter defendants' motion to transfer venue was granted [ECF. No. 45]. Exactly one year ago today, on September 8, 2021, Defendants filed their Motions to Dismiss plaintiffs' Complaint. [ECF. Nos. 71,72,76]. Plaintiffs then sought *eleven* extensions of their time to oppose Defendants' motions to dismiss. [ECF Nos. 89,92,95,97,99,107]. At every juncture, Plaintiffs asserted that there was some basis for their extension requests, so Defendant Lightspace, in on-going good faith, agreed to those extension requests. More recently, Plaintiffs have filed an Amended Complaint [ECF No. 113], to which Defendant Lightspace has renewed its Motion to Dismiss [ECF. No. 118]. Hereto, Plaintiffs have begun a campaign of seeking repeated extensions to their time to oppose Defendant Lightspace's motion, including Plaintiffs' instant request for Defendant Lightspace's stipulation to the extended briefing schedule described herein.

This is the last and final extension that Defendant Lightspace will agree to with respect to its pending motion, on which Defendant Lightspace is entitled to be heard by the Court. Defendant Lightspace submits that the briefing schedule described herein should be adhered to by Plaintiffs and their counsel, and no further extensions should be required.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES HERETO, THROUGH THEIR RESPECTIVE COUNSEL, TO THE FOLLOWING:**

Subject to Court approval, the proposed briefing schedule for the Motions to Dismiss and response(s) to the Complaint, should be modified and is agreed to as follows:

| Event | Current Due Dates | Proposed New Due Dates For Consolidated Briefing |
|---|---|---|
| Last day for Defendant Yolo, to file Response/Motion to Dismiss to the First Amended Complaint | October 6, 2022 | October 6, 2022 (granted ECF No. 117) |
| Last day for Plaintiffs, to file Opposition to Lightspace's Motion to Dismiss | September 22, 2022 | November 5, 2022 |
| Last day for Lightspace to file a Reply to Plaintiffs' Opposition | September 29, 2022 | December 3, 2022 |
| Motion Hearing Date | October 13, 2022 | December 22, 2022 Thursday, 10 a.m. |

Dated: September 12, 2022          EISENBERG & BAUM, LLP


By:  /s/ Juyoun Han
     Juyoun Han
     Attorney for Plaintiffs

Dated: September 12, 2022                DENTONS US LLP

                                         By: /s/
                                             Nick S. Pujji

                                         Attorney for Defendant YOLO
                                         TECHNOLOGIES INC.

Dated: September 12, 2022                OCTILLO

                                         By: /s/
                                             Chirag H. Patel, Esq.
                                             Myriah Jaworski, Esq.

                                         Attorney for Defendant
                                         Lightspace Inc.

**FILER'S ATTESTATION**

I, Juyoun Han, am the ECF user whose identification and password are being used to file this document. Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the other above named signatory(ies) concur in this filing.

/s/ Juyoun Han
Juyoun Han