# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kristin Bride et al, Plaintiff(s) v. Snap Inc. et al, Defendant(s) | CASE NUMBER: 2:21-cv-06680-FWS-MBK |
| | **MOTION RE: INFORMAL DISCOVERY DISPUTE** |

The parties have requested an informal discovery conference with Magistrate Judge Michael B. Kaufman . Counsel for each party has submitted their respective positions and the issue will be adjudicated in accordance with the Magistrate Judge's procedures.

☐ No Hearing Required

☒ Hearing Required
- ☐ In-Person Court Hearing
- ☒ Video Conference
- ☐ Telephonic

Magistrate Judge Michael B. Kaufman

Date/Time April 18, 2025 at 9:30 a.m.

Courtroom: Video - Zoom

Dated: April 9, 2025

By: J. Munoz
Deputy Clerk