UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV21-6680 FWS (MBKx) | ; | April 18, 2025 |
| Title | Kristin Bride et al v. Snap Inc. et al | | |

| | |
|---|---|
| Present: The Honorable | Michael B. Kaufman, United States Magistrate Judge |

| | |
|---|---|
| James Muñoz | CS 04/18/25 |
| Deputy Clerk | Court Smart / Recorder |
| Attorney Present for Plaintiff: | Attorney Present for Defendant: |
| Juyoun Han | Carol Yur |

**Proceedings:** **INFORMAL DISOCVERY CONFERENCE (Video)**

An informal discovery conference was held on April 18, 2025. The Court orders the parties to meet and confer further on a narrowed set of discovery responsive to RFP 4, and a narrowed set of discovery responsive to RFP 6 related to the technologies at issue. If the parties are unable to resolve their disputes, they may send a joint email to the Court summarizing the remaining disputes and proposing dates and times for a follow up discovery conference.

: 24

**Initials of Deputy Clerk** jm