Juyoun Han (pro hac vice)
Eric Baum (pro hac vice)
**EISENBERG & BAUM, LLP**
24 Union Square East, Penthouse
New York, NY 10003
Tel: (212) 353-8700
Fax: (212) 353-1708
jhan@eandblaw.com
ebaum@eandblaw.com

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ESTATE OF CARSON BRIDE, by and through his appointed administrator, KRISTIN BRIDE; KRISTIN BRIDE; A.K.; A.C.; A.O.; and the TYLER CLEMENTI FOUNDATION, on behalf of themselves and all others similarly situated,<br><br>*Plaintiff(s)*,<br><br>v.<br><br>YOLO TECHNOLOGIES, INC., and DOES #1-20,<br><br>*Defendant(s)*. | Civ. No.: 2:21-cv-06680-FWS-MRKx<br><br>**NOTICE OF MOTION AND DECLARATION IN SUPPORT OF ENTRY DEFAULT JUDGMENT BY COURT**<br><br>Date: December 4, 2025<br>Time: 10:00 a.m.<br>Place: Courtroom 10D, Santa Ana<br>Judge: Hon. Fred W. Slaughter |

NOTICE OF DEFAULT AND APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

TO THE COURT AND DEFENDANTS AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT on November 27, 2025 at 10 a.m. or as soon thereafter as this matter may be heard by the above-entitled Court, located at 411 West Fourth St., Santa Ana, CA 92701, Courtroom 10D, plaintiff will present its application for a default judgment against defendant Yolo Technologies, Inc. At the time and place of hearing, plaintiff will present proof of the following matters:

1.  Defendant Yolo Technologies, Inc. is not a minor or incompetent person or in military service or otherwise exempted under the Soldiers' and Sailors' Civil Relief Act of 1940. (See Declaration of Juyoun Han at ¶¶ 12-13.)

2.  Notice of this application has been served as required by Rule 55(b)(2).

3.  Notice of this application for default judgment by court has been served on said defendant on October 29, 2025, by email as required by Local Rule 55-1 (Declaration of Juyoun Han ¶ 14.)

4.  Defendant Yolo Technologies, Inc. has failed to plead or otherwise respond to the operative complaint. (Declaration of Juyoun Han ¶¶ 9-11.)

This Application is based on this Notice, the attached declaration of Juyoun Han and the pleadings, files and other matters that may be presented at the hearing.

Dated: October 30, 2025

Respectfully submitted,

/s/ *Juyoun Han*
Juyoun Han
Eric Baum
**EISENBERG & BAUM, LLP**
24 Union Square East, PH
New York, NY 10003
(212) 353-8700
jhan@eandblaw.com
ebaum@eandblaw.com
*Attorneys for Plaintiff*

---

NOTICE OF DEFAULT AND APPLICATION FOR ENTRY OF DEFAULT JUDGMENT

1. The Court initially issued a summons as to Defendant Yolo Technologies, Inc. on May 12, 2021. (ECF No. 9.)

2. Following significant motion practice, Plaintiff filed a Third Amended Complaint on July 3, 2025. (ECF No. 200.)

3. Under Rule 12(a)(4), Defendant Yolo Technologies, Inc. was required to plead or otherwise respond to the complaint by July 25, 2025.

4. On June 10, 2025, Defendant Yolo Technologies, Inc.'s counsel, Dentons US LLP, filed a motion to withdraw. (ECF No. 188.)

5. On July 1, 2025, the Court granted the motion to withdraw and stayed the case, explicitly ordering Yolo Technologies, Inc. to substitute new counsel by August 15, 2025. (ECF No. 198.)

6. Defendant Yolo Technologies, Inc. failed to substitute counsel by the Court's deadline. On August 20, 2025, the Court issued a second order, extending Yolo Technologies, Inc.'s deadline to substitute counsel to September 18, 2025. (ECF No. 220.)

7. Defendant Yolo Technologies, Inc. failed to substitute counsel by the Court's extended deadline of September 18, 2025, and as of this date has failed to serve or file a pleading or otherwise respond to the Third Amended Complaint.

8. On September 22, 2025, the Court issued an Order striking Yolo's prior answer (ECF No. 175) and entering default against Yolo due to its failure to obtain counsel as ordered. (ECF No. 228.)

9. On September 23, 2025, the clerk entered a default against Defendant Yolo Technologies, Inc. (ECF No. 229).

10. Defendant Yolo Technologies, Inc. has failed to serve or file a pleading or otherwise respond to the Third Amended Complaint. The applicable time limit for responding to the Third Amended Complaint has expired.

Dated: October 30, 2025

                                        Respectfully submitted,

                                        */s/ Juyoun Han*
                                            JUYOUN HAN

NOTICE OF DEFAULT AND APPLICATION FOR ENTRY OF DEFAULT JUDGMENT