UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

JAN 9 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| ESTATE OF CARSON BRIDE, by and through his appointed administrator KRISTIN BRIDE; et al., <br><br> Plaintiffs - Appellants, <br><br> and <br><br> TYLER CLEMENTI FOUNDATION, <br><br> Plaintiff, <br> v. <br><br> GREGOIRE HENRION, <br><br> Defendant - Appellee, <br><br> and <br><br> DOES, 1-20; et al., <br><br> Defendants. | No. 25-6703 <br><br> D.C. No. 2:21-cv-06680-FWS-MBK Central District of California, Los Angeles <br><br> ORDER |

The motion (Docket Entry No. 9) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT