JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| **THE ESTATE OF CARSON BRIDE, by and through his appointed administrator, KRISTIN BRIDE, KRISTIN BRIDE, Addison Kennedy, Amber Casperson, A.O., on behalf of themselves and all others similarly situated,**<br><br>**Plaintiffs,**<br>**v.**<br><br>**YOLO TECHNOLOGIES, INC., GREGOIRE HENRION, and DOES # 1–10,**<br><br>**Defendants.** | **Case No. 2:21-cv-06680-FWS-MBK**<br><br>**JUDGMENT OF DISMISSAL** |

Plaintiffs The Estate of Carson Bride, by and through his appointed administrator, Kristin Bride; Addison Kennedy; Amber Casperson; and A.O. brought this putative class action against Defendants Yolo Technologies, Inc. ("Yolo") and Gregoire Henrion ("Henrion," and together with Yolo, "Defendants").  (Dkt. 200 (Third Amended

Complaint).)  On September 29, 2025, the court granted Henrion's Motion to Dismiss, dismissing the Third Amended Complain as against Henrion without leave to amend. (Dkt. 231 ("Henrion Order").)  On May 11, 2026, the court denied Plaintiffs' Renewed Motion for Class Certification (Dkt. 248) and Renewed Motion for Default Judgment (Dkt. 249).  ("Yolo Order.")  Together, the Henrion Order and the Yolo Order dispose of all of Plaintiffs' claims.  Accordingly, the court **ENTERS JUDGMENT** in this case in favor of Defendants and against Plaintiffs.  Plaintiffs shall take nothing on their claims against Defendants in this case.

**IT IS SO ORDERED.**

DATED:  May 11, 2026

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE

-2-