**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF** Central District of California

**Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court**

U.S. District Court case number: 2:21-cv-06680

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 05/10/2021

Date of judgment or order you are appealing: 05/11/2026

Docket entry number of judgment or order you are appealing: 231 & 251

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⊙ Yes   ○ No   ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

The Estate of Carson Bride, Kristin Bride, Addison Kennedy, Amber Casperson, A.O.

Is this a cross-appeal?  ○ Yes   ⊙ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ⊙ Yes   ○ No

If yes, what is the prior appeal case number? 25-6703 & 23-55134

Your mailing address (if pro se):

City:                State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Juyoun Han        **Date** 06/08/2026

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

---

**Form 1**                                    *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| The Estate of Carson Bride, Kristin Bride, Addison Kennedy, Amber Casperson, A.O. |

Name(s) of counsel (if any):

| |
|---|
| Juyoun Han, Eric Baum, Eisenberg & Baum LLP |

Address: 24 Union Square East, PH, New York, NY, 10003

Telephone number(s): 212-353-8700

Email(s): jhan@eandblaw.com; ebaum@eandblaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ◯ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| Yolo Technologies, Inc., Gregoire Henrion |

Name(s) of counsel (if any):

| |
|---|
| Farhad Novian, Lauren Woodland, Matthew Joseph Novian; Name of Yolo Technologies, Inc. is unknown |

Address: 1801 Century Park East, Suite 1201

Telephone number(s): Los Angeles, CA 90067

Email(s): farhad@novianlaw.com, lauren@novianlaw.com, matthew@novianlaw.

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                    *1*                                    *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?    ○ Yes    ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                    *2*                    *New 12/01/2018*